# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JAMES A. DUFFY

v.

ENAGON, LLC

Case No. 1:22-cv-00124-PLM-RSK
Hon. Paul L. Maloney

TO: ENAGON, LLC
ADDRESS: 3381 Blue Star Highway,
Saugatuck, MI 49453

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Tim James O'Keefe
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, California 92801

CLERK OF COURT



By: Deputy Clerk

2/14/2022
Date

## PROOF OF SERVICE

This summons for _____ENAGON, LLC_____ was received by me on _____.
(name of individual and title, if any)                                                           (date)

☐ I personally served the summons on the individual at _____
on _____.
(date)                         (place where served)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JAMES A. DUFFY

v.

Terrance L. Ebels a.k.a Terry L. Ebels

Case No. 1:22-cv-00124-PLM-RSK
Hon. Paul L. Maloney

TO: Terrance L. Ebels
ADDRESS: 342 SCOUTS HL # 15
HOLLAND, MI 49424-7645

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Tim James O'Keefe
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, California 92801

CLERK OF COURT

By: Deputy Clerk        Date: 2/14/2022

---

## PROOF OF SERVICE

This summons for ___Terry L. Ebels___ was received by me on _____.
(name of individual and title, if any)      (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JAMES A. DUFFY

v.

Martineau, Hackett, O'Neil & Klaus, PLLC

Case No. 1:22-cv-00124-PLM-RSK
Hon. Paul L. Maloney

TO: Martineau, Hackett, O'Neil & Klaus, PLLC
ADDRESS: 555 N. Main Street
Mount Pleasant, MI 48858

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Tim James O'Keefe
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, California 92801

CLERK OF COURT



_____  2/14/2022
By: Deputy Clerk                  Date

---

## PROOF OF SERVICE

This summons for ___Martineau, Hackett, O'Neil & Klaus, PLLC___ was received by me on _____.
    (name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                    (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                  (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                           (name of organization)                 (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____          _____
                                               Server's signature

Additional information regarding attempted service, etc.:
                                      _____
                                         Server's printed name and title

                                      _____
                                              Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JAMES A. DUFFY

v.

Jeffrey J. Klaus

Case No. 1:22-cv-00124-PLM-RSK
Hon.    Paul L. Maloney

TO: Jeffrey J. Klaus
ADDRESS: Martineau, Hackett, O'Neil & Klaus, PLLC
127 West Fourth Street, Suite 1
Clare, MI 48617

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Tim James O'Keefe
Catanzarite Law Corporation
2331 West Lincoln Avenue
Anaheim, California 92801

CLERK OF COURT



By: Deputy Clerk          2/14/2022
                           Date

---

## PROOF OF SERVICE

This summons for _____Jeffrey J. Klaus_____ was received by me on _____.
(name of individual and title, if any)                                          (date)

☐ I personally served the summons on the individual at _____
on _____.                                                  (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                          (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                      (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____            _____
                                              Server's signature

Additional information regarding attempted service, etc.:  _____
                                                                Server's printed name and title

                                                           _____
                                                                     Server's address