## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES A. DUFFY<br><br>　　　　　　　Plaintiff,<br><br>v<br><br>ENAGON, LLC, ET AL<br><br>　　　　　　　Defendants. | Case No.: 1:22-cv-00124-PLM-RSK<br><br>Honorable Paul L. Maloney |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Defendant Enagon. LLC, a Michigan limited liability company ("Enagon"), makes the following disclosure:

1. Enagon is not a publicly held corporation or other publicly held entity.

2. Enagon does not have any parent corporations.

3. There is no publicly held corporation or other publicly held entity that owns 10% or more of the stock or membership interest of Enagon.

4. There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of this litigation.

Dated: May 17, 2022　　　　　　　　　　　　　By:　　/S/Mark H. Zietlow　　　　　

　　　　　　　　　　　　　　　　　　　　　　　Mark H. Zietlow (P37022)
　　　　　　　　　　　　　　　　　　　　　　　Mark H. Zietlow & Associates PLC
　　　　　　　　　　　　　　　　　　　　　　　388 Garden Ave, Ste 140
　　　　　　　　　　　　　　　　　　　　　　　Holland, Michigan 49424
　　　　　　　　　　　　　　　　　　　　　　　(616) 392-4100
　　　　　　　　　　　　　　　　　　　　　　　mark@innovative.lawyer