UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES A. DUFFY,<br><br>    Plaintiff,<br><br>vs.<br><br>ENAGON, LLC, a Michigan limited liability company, TERRANCE EBELS, an individual; MARTINEAU, HACKETT, O'NEIL & KLAUS, a professional limited liability company; and JEFFREY J. KLAUS, an individual,<br>    Defendant.<br><br>and<br><br>ENAGON, LLC, a Michigan limited liability company,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>JAMES A. DUFFY, an individual,<br>DUFFY INVESTMENT GROUP, LLC, a Michigan limited liability company,<br>M-61 PROCESSING, LLC, a Michigan limited liability company,<br>MICHAEL SCHUNK, an individual, and<br>LEE SCHUNK, an individual,<br><br>    Counter-Defendant/Third-Party Defendants | Case No.: 1:22-CV-00124-PLM-RSK<br><br>Hon. Paul L. Maloney |

**MOTION OF ALBERT BOWER AND LESLIE MORANT TO WITHDRAW AS COUNSEL FOR THIRD-PARTY DEFENDANTS MICHAEL SCHUNK AND LEE SCHUNK.**

Albert M. Bower of Grand River Law, PLC and Leslie C. Morant of Morant Law, PLLC (collectively, "Counsel") and respectfully requests the Court's permission to withdraw as counsel for Third-Party Defendants Michael Schunk and Lee Schunk. In support of their request, Counsel state as follows:

1. Albert M. Bower and Leslie C. Morant were retained to represent, and filed appearances in this case on behalf of, Third-Party Defendants M-61 Processing, LLC, Michael Schunk and Lee Schunk.

2. Pursuant to a separate transaction, ownership of M-61 Processing, LLC has changed and a substitution of counsel is being filed to substitute new counsel for M-61 Processing, LLC. Pursuant to this substitution of counsel, M-61 will be represented by Attorneys Tim James O'Keefe of Catanzarite Law Corporation, 2331 West Lincoln Avenue Anaheim, California 92801.

3. Counsel seek to withdraw from continuing to represent Michael Schunk and Lee Schunk because counsel's professional considerations require termination of the representation. A proposed order granting Counsel's request is attached as Exhibit A.

4. Considering the recently amended scheduling order (Dkt. No. 77), Michael Schunk and Lee Schunk have sufficient time to retain new counsel prior to trial or any other impending deadlines in this case. Michael Schunk and Lee Schunk will not be prejudiced by Counsel's withdrawal from representing them in this case.

5. Copies of this motion were properly served on, and also e-mailed to, Michael Schunk and Lee Schunk. See *Affidavit of Service* attached hereto as Exhibit B.

Dated: March 6, 2024

Respectfully Submitted,

| | |
|---|---|
| /s/ Albert M. Bower<br><br>Albert M. Bower (P77461)<br>*Grand River Law, PLC*<br>337 Dogwood Ave., NE<br>Ada, MI 49301<br>(616) 710-0211<br>abower@grandriverlaw.com | /s/ Lelie C. Morant<br><br>Leslie C. Morant (P68061)<br>*Morant Law PLLC*<br>124 Fulton Avenue E. Suite 101<br>Grand Rapids, MI 49503<br>Ph: (616) 406-9282<br>Les@Morantlawpllc.com |

## Certificate of Service

I, Albert M. Bower (P77461), certify that on March 7, 2024, I served copies of the foregoing MOTION OF ALBERT BOWER AND LESLIE MORANT TO WITHDRAW AS COUNSEL FOR THIRD-PARTY DEFENDANTS MICHAEL SCHUNK AND LEE SCHUNK on all counsel of record by filing a copy of the same using the United States District Court for the Western District of Michigan's CM/ECF document filing system.

I declare under penalty of perjury that the statement above is true to the best of my knowledge, information and belief.

/s/ Albert M. Bower
_____
ALBERT M. BOWER                March 7, 2024