# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES A. DUFFY,

    Plaintiff,

vs.

ENAGON, LLC, a Michigan limited
liability company, TERRANCE EBELS, an
individual; MARTINEAU, HACKETT, O'NEIL &
KLAUS, a professional limited liability company; and
JEFFREY J. KLAUS, an individual,
    Defendant.

and

ENAGON, LLC, a Michigan limited liability
company,

    Counter-Plaintiff,

vs.

JAMES A. DUFFY, an individual,
DUFFY INVESTMENT GROUP, LLC, a Michigan
limited liability company,
M-61 PROCESSING, LLC, a Michigan limited
liability company,
MICHAEL SCHUNK, an individual, and
LEE SCHUNK, an individual,

    Counter-Defendant/Third-Party Defendants

Case No.: 1:22-CV-00124-PLM-RSK

Hon. Paul L. Maloney

---

**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR THIRD-PARTY
DEFENDANTS MICHAEL SCHUNK AND LEE SCHUNK**

---

**IT IS HEREBY ORDERED:**

1. The motion of Albert Bower and Leslie Morant to withdraw as counsel for third-party defendants / counter-claimants, Michael Schunk and Lee Schunk is hereby granted.

2. Within 7 days of the entry of this order, Counsel shall serve a copy of this order upon Michael Schunk and Lee Schunk and send a copy to them via e-mail.

Dated: March __, 2024

_____
Paul L. Maloney
United States District Judge