# Exhibit B

## Declaration of Service

I, _Les Morant_, certify that on _March 6, 2024_, I served copies of the foregoing MOTION OF ALBERT BOWER AND LESLIE MORANT TO WITHDRAW AS COUNSEL FOR THIRD-PARTY DEFENDANTS MICHAEL SCHUNK AND LEE SCHUNK on Michael Schunk and Lee Schunk by sending a copy, first class via the United States Postal Service to:

Michael Schunk
2828 S. Clare Avenue
Clare, MI 48617
mikeschunk@outlook.com

Lee Schunk
5503 S. Cornwell Avenue
Clare, MI 48617
leeschunk@rocketmail.com

Counsel shall also serve a copy of the foregoing on Lee Schunk and Michael Schunk via electronic mail at the addresses given above.

I declare under penalty of perjury that the statement above is true to the best of my knowledge, information and belief.

_/s/ John C. Morant (868861)_